UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL POTTS,<br>　　　　Plaintiff,<br><br>-v-<br><br>GOBLES PUBLIC SCHOOL DISTRICT, ET AL.,<br>　　　　Defendants. | No. 1:15-cv-220<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 37), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  June 2, 2016            /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge

1